UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JULIA VALLER INC.,

               Plaintiff,

    - against -

KSENIYA SHEK., et al.

               Defendant.
--------------------------------------------------------X

Index No.   26-CV-15 (AS)

## AFFIDAVIT OF NON-SERVICE

Received by **Susan Kruse NV PILB #1469** on the **14th day of January, 2026** to be served on **KSENIYA SHEK a/k/a XENIA SHEK a/k/a SENA SHEK, 12020 Southern Highlands Parkway, Condo 1001, Las Vegas, NV 89141**. I, **Susan Kruse**, being duly sworn, depose and say that attempted to serve the  **Notice of Initial Pretrial Conference, Summons in a Civil Action and Complaint** on the following dates and times:

**1/14/2026 9:50 am** Attempted Service. 12020 Southern Highlands Parkway, Condo 1001, Las Vegas, NV 89141: No Answer after knocking and ringing doorbell
**1/15/2026 12:02 pm** Attempted Service. 12020 Southern Highlands Parkway, Condo 1001, Las Vegas, NV 89141: No answer after knocking and ringing doorbell
**1/15/2026 5:52 pm** Attempted Service. 12020 Southern Highlands Parkway, Condo 1001, Las Vegas, NV 89141: No answer my notice was still on door. I spoke to the Manager, Taylor Vanderhule and she confirmed that Kseniya moved out over a year ago.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**Susan Kruse NV PILB #1469**
       **01/16/2026**
**Date**

Nicoletti & Harris
101 Avenue of the Americas 9th floor
New York, NY 10013
(212) 267-6448

**Job Serial Number: NHI-2026000704
CNH-2026000108**