Case 1:26-cv-00015-AS    Document 10    Filed 05/29/26    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIA VALLER INC d/b/a JULIA VALLER EVENT STAFFING,

**Case No.: 1:26-cv-15 (AS) (VF)**

                 Plaintiff,

**NOTICE OF VOLUNTARY**
**<u>DISMISSAL WITHOUT PREJUDICE</u>**

     -against-

KSENIYA SHEK a/k/a XENIA SHEK a/k/a SENA SHEK, XS LLC, and XS EVENT STAFFING LLC d/b/a XS LLC,

               Defendants.
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE THAT**, Plaintiff JULIA VALLER INC d/b/a JULIA VALLER EVENT STAFFING, by its undersigned counsel, hereby respectfully notices the dismissal of the above-entitled case against Defendants KSENIYA SHEK a/k/a XENIA SHEK a/k/a SENA SHEK, XS LLC, and XS EVENT STAFFING LLC d/b/a XS LLC, *without* prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Jamaica, New York
     May 29, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Julia Valler Inc.*